## W. H. Birch, App.·llee, v. John F. Denton, Tax Collector, and S. D. Burton, County Collector, Appellants.

### (Not to be reported in full.)

Appeal from the Circuit Court of Moultrie county; the Hon. GEORGE A. SENTEL, Judge, presiding. Heard in this court at the April term, 1916. Appeal dismissed. Opinion filed May 3, 1916. Rehearing denied June 30, 1916.

## Statement of the Case.

The facts material to the determination of the questions presented by this appeal are identical with those in the case of *Patterson v. Denton, ante,* p. 382, and are controlled thereby.

E. J. MILLER and C. R. PATTERSON, for appellants.

JENNINGS & ELDER and J. L. MCLAUGHLIN, for appellee.

PER CURIAM.